UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 04 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

SECURITIES AND EXCHANGE COMMISSION, :

Plaintiff, :

v. :

CITIGROUP, INC. : Civil Action No. 10-cv-1277-ESH

Defendant, :

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS FOR THE THIRD QUARTER OF TAX YEAR 2012

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations for the Third Quarter of Tax Year 2012, and the supporting Declaration of Jude P. Damasco in Support of Fee Request (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check from the account maintained in the Registry of the Court bearing the case name designation "SEC v. Citigroup, Inc., Case No. 10-cv-01277 (ESH)" for the amount of $1,525 payable to "Damasco & Associates Trust Account", for the payment of taxes as provided in the Declaration. The check shall contain the notation "SEC v. Citigroup, Inc., Case No. 10-cv-01277 (ESH)".

2. The Clerk shall send the check by overnight mail to:

   Damasco & Associates LLP
   700 Monte Vista Lane
   Half Moon Bay, CA 94019
   Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 10/3/12

_____
UNITED STATES DISTRICT JUDGE