UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | **FILED** |
| Plaintiff, | : | **MAY 0 1 2013** |
| v. | : | **Clerk**, U.S. District & Bankruptcy Courts for the District of C... |
| CITIGROUP, INC. | : | Civil Action No. 10-cv-1277-ESH |
| Defendant, | : | |

### ORDER TO DISBURSE FUNDS TO PAY
### TAX OBLIGATIONS FOR THE FIRST QUARTER OF 2013

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Liabilities for the First Quarter of 2013, and the supporting Declaration of Jude P. Damasco in Support of Request To Make Tax Payment (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check from the account maintained in the Registry of the Court bearing the case name designation "SEC v. Citigroup, Inc., Case No. 10-cv-01277 (ESH)" for the amount of $425 payable to Damasco & Associates, for the payment of tax liabilities as provided in the Declaration. The check shall contain the notation "SEC v. Citigroup, Inc., Case No. 10-cv-01277 (ESH)".

2. The Clerk shall send the check by overnight mail to:

Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 5/1/13

_Ellen S Huvck_

UNITED STATES DISTRICT JUDGE