UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **FILED** |
| Plaintiff, | JUN - 3 2014 |
| v. | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |
| CITIGROUP, INC. | Civil Action No. 10-cv-1277-ESH |
| Defendant, | |

### ORDER TO DISBURSE FUNDS TO PAY FEDERAL TAX LIABILITIES FOR THE SECOND QUARTER OF YEAR 2014

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Federal Tax Liabilities for the Second Quarter of Year 2014, and the supporting Declaration of Jude P. Damasco in Support of Request To Make Tax Payment (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check from the account maintained in the Registry of the Court bearing the case name designation "SEC v. Citigroup, Inc., Case No. 10-cv-01277 (ESH)" for the amount of $1,925 payable to Damasco & Associates, for the payment of federal and state tax liabilities as provided in the Declaration. The check shall contain the notation "SEC v. Citigroup, Inc., Case No. 10-cv-01277 (ESH)".

2. The Clerk shall send the check by overnight mail to:

   Damasco & Associates LLP
   700 Monte Vista Lane
   Half Moon Bay, CA 94019
   Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 6/2/14

_____
Ellen S. Huvelle
UNITED STATES DISTRICT JUDGE