UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, 100 F Street, N.E. Washington, D.C. 20549,<br><br><div align=right>**Plaintiff,**</div><br>v.<br><br>**CITIGROUP INC.,**<br><br><div align=right>**Defendant.**</div> | | Civil Action No. 10-cv-1277-CKK |

## THE DISTRIBUTION AGENT'S THIRTY-FOURTH PROGRESS REPORT

Epiq Class Action and Claims Solutions, Inc.,[1] the Distribution Agent[2] in the above-captioned matter, respectfully submits this Thirty-Fourth Progress Report, pursuant to the Distribution Plan for Citigroup Inc. Fair Fund (the "Plan") dated January 31, 2018, which was approved by this Court on February 15, 2018.  Pursuant to paragraph 88 of the Plan, Epiq shall provide to Commission staff and file additional reports and quarterly account statements within 20 days after the end of every calendar quarter. This report covers the period from April 1, 2026, through June 30, 2026.

### Tasks Performed by the Distribution Agent Since the Thirty-Third Progress Report

Since the Thirty-Third Progress Report, Epiq has performed the following tasks pursuant to the Distribution Plan:

- Epiq collaborated with the Tax Administrator on tasks to work towards winding down this Fund;

---

[1] This Court appointed Garden City Group, LLC ("GCG") as the Distribution Agent on October 6, 2016.  On June 15, 2018, GCG was acquired by Epiq and is now continuing operations as part of Epiq.

[2] All capitalized terms not otherwise defined in this document shall have the meaning provided in the Plan.



RECEIVED

JUL 20 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

- Epiq monitored the toll-free number and assisted Claimants with their inquiries. Through June 30, 2026, Epiq has received 23,423 phone calls;

- Epiq continually monitors the dedicated email inbox for this action and has promptly responded to all potential claimant inquiries that have been received via email; and

- Epiq continues to host and monitor the dedicated case website. The website is located at *www.CitigroupFairFund.com*. As of June 30, 2026, there have been a total of 83,512 unique visitors to the website.

## Anticipated Next Steps

Following this Thirtieth-Fourth Progress Report, Epiq will carry out the other terms of the Plan, including:

- Coordinate with the Tax Administrator and Commission Staff on any tasks necessary to wind this matter down;

- Continue to promptly return telephone calls and e-mail inquiries from Claimants regarding the Plan or the payments issued; and

- File its next progress report within twenty (20) days after the end of the next quarter, pursuant to Paragraph 88 of the Plan.

## Location of the Fair Fund and Disbursements
## From the Fair Fund during the Quarterly Period

The Fair Fund is a Qualified Settlement Fund within the meaning of Section 468B(g) of the Internal Revenue Code of 1986, as amended, 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5. In total, $75,000,001.00 was paid into the Fair Fund. The SEC has jurisdiction of the Fair Fund and shall retain control of the assets of the Fair Fund. Pursuant to the September 30, 2020, Order, on October 9, 2020, the Commission transferred $77,540,795.31 and Epiq transferred $466,443.73 from the Class Action matter into the Escrow Account in anticipation of the initial distribution. The initial distribution occurred on October 29, 2020, and the second

distribution occurred on November 3, 2022.  As of June 30, 2026, the balance in the account is $0.00.

Epiq has transferred all residual funds to the Commission.

Dated: July 20, 2026

Respectfully submitted,

*Stephanie Amin-Giwner*

By: _____

Stephanie Amin-Giwner
Epiq Class Actions and Claims Solutions, Inc.
Distribution Agent